No. 839.   CARBO ET AL. *v.* UNITED STATES.   Motion to dispense with printing the petition granted.   Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.   *A. L. Wirin, William B. Beirne, William Strong, Russell E. Parsons, Max Solomon, John J. Bradley* and *Fred Okrand* for petitioners.   *Solicitor General Cox* for the United States.

No. 671, Misc.   GOLDSBY *v.* MISSISSIPPI.   Supreme Court of Mississippi.   Certiorari denied.   *George N. Leighton* for petitioner.

No. 722, Misc.   ANDREWS *v.* O'NEAL, SHERIFF, ET AL.   Supreme Court of Indiana.   Certiorari denied.   *William C. Erbecker* for petitioner.

No. 741, Misc.   LAVERGNE *v.* FOGLIANI, WARDEN.   Supreme Court of Nevada.   Certiorari denied.   Petitioner *pro se.*   *Roger D. Foley,* Attorney General of Nevada, and *Early Monsey* and *Norman H. Samuelson,* Deputy Attorneys General, for respondent.

No. 788, Misc.   KETCHUM ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioners *pro se.*   *Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 795, Misc.   ROBINSON *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.